STATE OF INDIANA
VIGO SUPERIOR COURT
2021 TERM

DARINDA RICHARDSON,

    Plaintiff,

v.                                              CAUSE NO. 84D02-2102-CC-001107

THE KROGER COMPANY and
KROGER LIMITED PARTNERSHIP I,

    Defendant.

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Darinda Richardson, by counsel, and for his cause of action against the Defendants, The Kroger Company and Kroger Limited Partnership I and alleges and says:

1. That at all times relevant herein, the The Kroger Company was a corporation licensed to do business in the State of Indiana, located at 4714 S. US Hwy 41, Terre Haute, In. 47802.

2. That at all times relevant herein, the Defendant, Defendant, The Kroger Company was in control of a business in the State of Indiana, located at 4714 S. US Hwy 41, Terre Haute, In. 47802.

3. That on or about March 1, 2019 at approximately 10:00 a.m. the Plaintiff was an invitee at the Defendant's business located at 4714 S. US Hwy 41, Terre Haute, In. 47802. and on the same day and approximate time while Plaintiff was on the property of the Defendant,The Kroger Company, the Plaintiff sustained injuries and damages when she fell to the ground due to a poorly maintained walkway with a hole and Plaintiff was physically injured.

4. That at all times relevant herein, the Kroger Limited Partnership I was a corporation licensed to do business in the State of Indiana, located at 4714 S. US Hwy 41, Terre Haute, In. 47802.

5. That at all times relevant herein, the Defendant, Defendant, Kroger Limited Partnership I was in control of a business in the State of Indiana,

      located at 4714 S. US Hwy 41, Terre Haute, In. 47802.

6. That on or about March 1, 2019 at approximately 10:00 a.m. the Plaintiff was an invitee at the Defendant's business located at 4714 S. US Hwy 41, Terre Haute, In. 47802. and on the same day and approximate time while Plaintiff was on the property of the Defendant, Kroger Limited Partnership I , the Plaintiff sustained injuries and damages when she fell to the ground due to a poorly maintained walkway with a hole and Plaintiff was physically injured.

7. That the proximate cause of the aforementioned injuries and damages was negligence on the part of the Defendants.

8. That as a result of Defendant's negligence, the Plaintiff, Darinda Richardson, sustained injuries and damages including, but not limited to injuries to his person, pain and suffering future pain and suffering, medical expenses, lost wages, future lost wages and inability to live a normal life.

WHEREFORE, the Plaintiff, Darinda Richardson, respectfully requests the Court to enter a judgment against the Defendant/s in an amount which will adequately compensate him for his injuries and damages, for costs of this action, for pre-judgment, interest, and for all other just and necessary relief proper in the premises.

      Respectfully Submitted:
      /s/John P. Nichols

      John P. Nichols - Attorney No. 10357-84
      Attorney for Plaintiff

      NICHOLS LAW OFFICE
      300 Ohio Street
      Terre Haute, IN 47807
      (812) 234-7777
      (812) 234-7779 - Fax

**REQUEST FOR JURY TRIAL**

The Plaintiff requests a jury trial on all issues in this cause of action.

      /s/John P. Nichols
      Attorney No. 10357-84
      Attorney for Plaintiff